UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| KATHY PARKER, )<br>      Plaintiff, )<br>)<br>vs. )<br>)<br>LUCAS et al, )<br>      Defendant. ) | 1:06-cv-1621-SEB-JMS |

## NOTICE OF FILING OF MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION AND PROPOSED MEMORANDUM OF DECISION

You are hereby notified that the undersigned United States Magistrate Judge has filed her Report and Recommendation and Proposed Memorandum of Decision.

Pursuant to Federal Rule of Civil Procedure 72(b) and Local Rule 72.1(d)(2), any objections to the Magistrate Judge's report and recommendation shall be filed in accordance with 28 U.S.C. § 636(b)(1), and failure to file timely objections within the **ten (10) days** after service shall constitute a waiver of subsequent review absent a showing of good cause for such failure.

**SO ORDERED.**

11/20/2007

                                    Jane Magnus-Stinson
                                    United States Magistrate Judge
                                    Southern District of Indiana

Distribution:

Lindsay T. Boyd
ltboyd@lboyd.com

Todd J. Kaiser
OGLETREE, DEAKINS, NASH, SMOAK
& STEWART
todd.kaiser@odnss.com

Bonnie L. Martin
OGLETREE, DEAKINS, NASH, SMOAK
& STEWART
bonnie.martin@odnss.com